United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILARIO MELQUIADES IBARRA PENA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-322 |
| | § | |
| MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Hilario Melquiades Ibarra Pena’s action pursuant to 8 U.S.C. § 1503. After having reviewed the Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court. It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 53 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge’s conclusions, is of the opinion that Defendant’s Response to Plaintiff’s Motion and Memorandum Regarding Jurisdiction, (Dkt. No. 49), should be **DENIED**.

The Clerk shall send a copy of this Order to counsel for Plaintiff and counsel for Defendant.

SO ORDERED August 4, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge